FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 29, 2020

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

KEENAN TILLISON
(Name of Plaintiff)

vs.

Joseph Brusie,
Julienne Dominger

(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

1:20-CV-3055-TOR

## I. Previous Lawsuits

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?    ☐ YES    ☑ NO

B. If your answer to A is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiff: _____
     _____

     Defendants: _____
     _____
     _____

-1-



(Rev. 11/09)

RECEIVED
APR 29 2020
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _Yakima County Jail_

   A. Is there a prisoner grievance procedure available at this institution? ☑ YES  ☐ NO

   B. Have you filed any grievances concerning the facts relating to this complaint?
      ☑ YES  ☐ NO
      If your answer is NO, explain why not: _____

   C. Is the grievance process completed?  ☑ YES  ☐ NO

   D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?  ☑ YES  ☐ NO

      If your answer is NO, explain why not: _____

III. Parties to this Complaint

   A. Name of Plaintiff: _Keenan Tillson_    Inmate No.: _340577_
      Address: _111 N. Front Street, Yakima, WA_

   (In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

   B. Defendant: _Joseph Brusic_   Official Position: _Yakima Prosecuting DA_
      Place of Employment: _128 N. 2nd St., Room 329 Yakima, WA_

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): _____
_____
_____
_____
_____

IV    **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

My rights under State & Federal law, as well as Local Court Rules have been severely violated with regard to my Constitutional Right to a Speedy Trial, Fair Representation and DUE PROCESS. (1) I, the defendant, have been held against my will since 11/14/2019 under false pretenses. (2) I have suffered traumas, such as, but not limited to exposure to cancerous agents, Phsycological abuse, Slander, Sleep Deprivation, Limited access to and refusal of access to phones, denied access to my personal property for informational purposes, hazerdous and unneccisarlly traumatizing living conditions, exposure to possible infections from others, and more. (3) For 57 days after indightment inept and uncen adequate legal representation. My STA rights were violated as well as my constitutional right to speak on my own behalf. (4) Julienne Dominguez

accused me without proof and Joseph Brusie charged and imprisoned me without a credible evidence leading to my loss of income, home, property and dignity in my community. I want Julianne Dominguez charged and reimbursement as the case against me is not legitimate. I am being violated every second I am in jail while the plaintiff involved gets away with this injustice.

5) I have been victimized by the system and am afraid to ever again have any interaction with females in the future. I should not have to feel like a victim in my own skin because of a lie.

**V.    Relief**

(State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.)

I want my freedom restored, charges dropped against me and the truth to be made very clear. I want charges against Julienne Dominguez to be brought up and to be compensated by the state of WA in the sum of no less than $319 Million Dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 07th day of April, 2020.

_____
(Signature of Plaintiff)